RECEIVED
IN LAKE CHARLES, LA.

JUL 31 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JACOB MASCARENAS** | * | **CIVIL ACTION NO. 2:13-CV-1132** |
| **Plaintiff** | * | **SECTION P** |
| V. | * | **JUDGE MINALDI** |
| **WARDEN C. MAIORANA** | * | **MAGISTRATE JUDGE KAY** |
| **Defendant** | * | |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for a writ of *habeas corpus* be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 30 day of _____July_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE